**Order entered October 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01135-CV

### IN RE: TEXAS HEALTH RESOURCES, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02252**

## ORDER
Before Justices Bridges, Myers, and Whitehill

Based on the Court's opinion of this date, we conditionally grant relator's petition for writ of mandamus. We direct the trial court to render an order on THR's plea to the jurisdiction and notify counsel for all parties via e-mail or fax of the ruling **by 5:00 p.m. on October 13, 2016.** We **ORDER** the trial judge to file with this Court a certified copy of the order issued in compliance with this order **by 5:00 p.m. on October 13, 2016.** Should the trial judge fail to comply with this order, the writ will issue.

/s/  DAVID L. BRIDGES
    JUSTICE